**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**KATHY PETERSON**                                                                      **PLAINTIFF**

**V.**                                        **CASE NO. 2:25-CV-2088**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                 **DEFENDANT**

## ORDER

Currently before the Court is the Report and Recommendation (Doc. 21) of the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas, dated April 16, 2026, regarding the Motion for Attorney's Fees (Doc. 18) filed by Plaintiff's counsel. More than fourteen (14) days have passed since the parties' receipt of the Report and Recommendation, and no objections were filed.

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED IN ITS ENTIRETY**. The Plaintiff's Motion (Doc. 18) is **GRANTED**, and the Plaintiff is awarded the sum of **$5,592.40**. This amount represents 19.40 attorney hours at $252.00 per hour for work completed in 2025, 2.30 attorney hours at $257.00 per hour for work completed in 2026, and 1.50 paralegal hours at $75.00 per hour.

**IT IS SO ORDERED** on this 1st day of May, 2026.

_/s/ Timothy L. Brooks_
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE